**ORIGINAL**



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | No. **4-13CR-159-A** |
| DWIGHT L. LOONEY | § | |

### INDICTMENT

The Grand Jury Charges:

Count One
Production of Child Pornography
(Violation of 18 U.S.C. § 2251(a))

On or about May 8, 2010, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendant **Dwight L. Looney** did knowingly employ, use, persuade, and entice a minor, "Jane Doe," to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and the visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of 18 U.S.C. § 2251(a).

## Forfeiture Notice
## (18 U.S.C. § 2253)

Upon conviction of the offense alleged in Count One and pursuant to 18 U.S.C. § 2253(a), defendant **Looney** shall forfeit to the United States (a) any visual depiction described in 18 U.S.C. § 2251, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18, U.S.C.; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the Count One offense; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the Count One offense and any property traceable to such property.

The above-referenced property subject to forfeiture from the defendant includes, but is not limited to, the following:

1. One Seagate hard drive, Serial Number 5VMSQ521 seized from Looney's residence on February 7, 2013.

A TRUE BILL

_____
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
AISHA SALEEM
Assistant United States Attorney
State Bar of Texas No. 00786218
801 Cherry Street
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.252.5455
E-mail: Aisha.Saleem@usdoj.gov

Indictment – Page 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

---

THE UNITED STATES OF AMERICA

VS.

DWIGHT L. LOONEY (01)

---

INDICTMENT

18 U.S.C. § 2251(a)

Production of Child Pornography
(1 COUNT)

18 U.S.C. § 2253

Forfeiture

---

A true bill rendered:

DALLAS FOREPERSON

Filed in open court this 4th day of September, A.D. 2013.

Defendant in custody

UNITED STATES MAGISTRATE JUDGE
(Magistrate Number: 4:13-MJ-233)