# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## Fort Worth DIVISION

MAGISTRATE JUDGE JEFFREY L. CURETON
DEPUTY CLERK: Julie Harwell
INTERPRETER:
A.M.
TOTAL COURT TIME: 2 minutes

DIGITAL FILE:
DATE HELD: September 11, 2013

CR. No. 4:13-CR-159-A   DEFT NO.01

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | AISHA SALEEM, AUSA |
| | § | |
| v. | § | |
| | § | |
| DWIGHT L. LOONEY | § | PETER FLEURY, FPD |
| Defendant's Name | | Counsel for Deft. Apptd-(A), Retd-(R), FPD-(F) |

## ARRAIGNMENT

☐ Arraignment Hearing - Contested   ☐ Arraignment Hearing - Non-Evidentiary

Trial Status:   ☐ Completed by Jury Verdict   ☐ Continued from Previous Month   ☐ Directed Verdict   ☐ Evidence Entered

☐ Hung Jury   ☐ Jury Selection Only, continued   ☐ Jury Selection or Verdict Only (No Trial Before this Judge)

☐ Mistrial   ☐ Settled/Guilty Plea   ✔ None   Days in Trial: _____   Hearing Concluded: ✔ Yes  ☐ No

✔ Defendant SWORN.
✔ Arraignment - Held on count(s) **1** of **1** count(s) of Indictment and Forfeiture Notice.
☐ New Sentencing Guidelines (NSG) offense committed on or after (11/1/87).
✔ Defense waived reading of the Indictment.
✔ Deft enters a plea of   ✔ Not Guilty and Not True to Forfeiture Notice  ☐ Guilty  ☐ Nolo
☐ Consent to proceed before U.S. Magistrate Judge on misdemeanor case.
☐ Waiver of Jury Trial
☐ Waiver of Indictment, filed.
✔ Trial set for **November 4, 2013 at 8:30 a.m.** (Order to follow)
   Pretrial motions due:_____. Discovery motions/Government Responses due:_____
☐ Defts bond ☐ set ☐ reduced to $_____  ☐ Cash ☐ Surety ☐ 10% ☐ PR
☐ Deft failed to appear, bench warrant to issue.
☐ Bond ☐ continued ☐ forfeited
✔ Deft Custody/Detention continued.
☐ Deft REMANDED to custody.

OTHER PROCEEDINGS: